UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT
_____

| | |
|---|---|
| In Re: | Case No. 14-50847-MAR |
| | Chapter 11 |
| DETROIT TARPAULIN & REPAIR SHOP, INC. | Hon. Mark A. Randon |
| *Debtor.* | |

_____

**NOTICE OF APPEARANCE; REQUEST FOR SERVICE,
REQUEST TO BE ADDED TO MATRIX; AND
FEDERAL BANKRUPTCY PROCEDURE 2002 REQUEST**

**PLEASE TAKE NOTICE** that The Huntington National Bank appears, by and through its counsel, Kus, Ryan & Associates, PLLC, in this matter and requests that all notices given and required to be given in this case and all papers served and required to be served, be served upon the undersigned at the following address and telephone number.

> Michael J. Ryan (P34785)
> Kus, Ryan & Associates, PLLC
> 2851 High Meadow Circle, Suite 120
> Auburn Hills, Michigan 48326-2790
> (248) 364-3090
> mryan@krslaw.biz

**PLEASE TAKE FURTHER NOTICE** that The Huntington National Bank requests it be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

> Kus, Ryan & Associates, PLLC
>
> By: /s/ Michael J. Ryan
> Michael J. Ryan (P34785)
> Counsel for The Huntington National Bank
> 2851 High Meadow Circle, Suite 120
> Auburn Hills, Michigan 48326-2790
> (248) 364-3090
> mryan@krslaw.biz

Dated: June 30, 2014